

## Case Assignment
## Standard Criminal Assignment

Case number **3:19CR-8-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 1/28/2019 9:17:33 AM
Transaction ID: 16301

Request New Judge    Return