**FILED**
VANESSA L. ARMSTRONG, CLERK

JAN 28 2019

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA           PLAINTIFF

3:19 CR-8 DJH

vs.

BRANDON WOOD           DEFENDANT

### NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Jo E. Lawless hereby enters her appearance of record on behalf of the United States of America.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

Jo E. Lawless
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 625-7065
FAX: (502) 582-5067
Email: jo.lawless@usdoj.gov