USDC KYWD  - Minute Order (Rev. 11/11)

# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**VS.**                                                        **CRIMINAL ACTION NUMBER: 3:19CR-08-DJH**

**BRANDON WOOD**                                                                               **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge, and was called in open Court on January 28, 2019, to conduct an initial appearance.

<u>APPEARANCES</u>
| | |
|---|---|
| For the United States: | Jo E. Lawless, Assistant United States Attorney |
| For the Defendant: | Defendant, Brandon Wood - Present and in custody |
| | Steven C. Schroering, Retained Counsel |
| Court Reporter: | Digitally Recorded |

At the initial appearance, the Defendant acknowledged his identity, was furnished with a copy of the Information, was advised of the charge contained therein and was advised of his rights.

The United States having moved for the detention of the defendant;

**IT IS HEREBY ORDERED** that Defendant is detained pending arraignment proceedings and a change-of-plea hearing scheduled in this case for <u>**Monday, January 28, 2019 at 2:00 p.m.**</u> before the Honorable David J. Hale, United States District Judge.

This 28th day of January, 2019

                              **ENTERED BY ORDER OF THE COURT:**
                              **REGINA S. EDWARDS**
                              **UNITED STATES MAGISTRATE JUDGE**
                              **VANESSA L. ARMSTRONG, CLERK**
                              **BY: /s/** *Kim Davis* **- Deputy Clerk**

Copies: U.S. Attorney
       Counsel for Defendant

0|10