Case 3:19-cr-00008-DJH   Document 9   Filed 01/28/19   Page 1 of 1 PageID #: 16

AO 455 (Rev. 01/09) Waiver of an Indictment

**FILED**
VANESSA L. ARMSTRONG
JAN 28 2019
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

## UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3:19cr-008-DJH |
| Brandon Wood | ) | |
| | ) | |
| *Defendant* | ) | |

### WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 01/28/2019

*Defendant's signature*

*Signature of defendant's attorney*

Steven C. Schroering
*Printed name of defendant's attorney*

*Judge's signature*

David J. Hale, United States District Judge
*Judge's printed name and title*