UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs. | 3:19CR-8-DJH |
| BRANDON WOOD | DEFENDANT |

## ORDER

This matter is before the Court on a Motion for Leave to File a Sealed Motion. **IT IS ORDERED** that the motion is **GRANTED**.

April 24, 2019

**David J. Hale, Judge**
**United States District Court**