UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS                                         CRIMINAL ACTION NO.:   3:19 CR-8-DJH

BRANDON WOOD                                                                 DEFENDANT

### BRANDON WOOD'S SENTENCING MEMORANDUM

Brandon Wood, by counsel, Steven C. Schroering, hereby submits the following Sentencing Memorandum in support of the parties' Rule 11 (c)(1)(C) plea agreement:

Brandon Wood entered a plea of guilt to the sole count of the Information. The Presentence Report (PSI) calculates Mr. Wood's guideline range at an imprisonment range of 70 to 87 months but notes that this is less than the mandatory minimum of 120 months. USSG §G1.1(b). The United States and Mr. Wood entered into a Rule 11(c)(1)(C) plea agreement whereby the parties agreed that a five (5) year sentence is the appropriate resolution of this case.

The plea agreement in this case was the result of lengthy, thoughtful negotiations between the parties in this case. After careful consideration of all aspects of the case, the parties have jointly come to the conclusion that the agreement is appropriate. The undersigned respectfully requests the Court to accept the aforementioned agreement.

## SENTENCING GUIDELINES

Mr. Wood has no objection to the calculation contained in the PSI regarding the United States Sentencing Guidelines. The guideline calculation itself falls below the statutory minimum.

## APPLICATION OF 18 U.S.C. §3553

### Nature of the Offense

Brandon Wood is before the Court on a single count of Enticement under 18 U.S.C.§ 2422(b). Between 2011 and 2012 he used Facebook and social media to communicate with John Doe 1, a minor he had met at an Louisville Metro Police Department Explorer camp at which Wood was a counselor. During the online communication, Wood attempted to pursuade John Doe 1 to engage in sexual activity for which a person may be charged with a criminal offense. John Doe 1 was 18 years of age. Mr. Wood accepted responsibility for his criminal actions and did so in a timely manner.

### Mr. Wood's lack of Criminal History

Mr. Wood is 33 years old at the time of sentencing. He has no juvenile or adult convictions. There are no allegations of criminal conduct in the instant case or in the state court case since 2012. He falls in Criminal History Category I.

### Mr. Wood's Personal History

Mr. Wood grew up in a single parent home in Louisville under the supervision of his mother while his father struggled with substance abuse issues. His father has never been a significant part of his life. He remains close with his mother and has strong support from a large

extended family including aunts and uncles. He also has a brother who lives in Louisville with whom he maintains a close relationship. This network of family has visited him routinely during his incarceration and he will reside with them upon his eventual release. This strong family support will be an important component in his rehabilitation. They have been and remain a powerful positive influence.

Mr. Wood attended Butler High School and graduated in 2004. He went on to obtain an associate's degree from JCTC in 2007. He began working as a Louisville Metro Police Officer in 2007 and continued that employment until allegations from this investigation surfaced in 2017. Once the allegations became public, he obtained and held various jobs in Louisville including at Zenith Logistics and Outback Steakhouse. He started work as a welder with System Solutions in May of 2018 and maintained that position until his incarceration after his plea in the instant action. He has worked and/or attended school his entire adult life. After service of his sentence he will continue to work, support himself and contribute to society.

Mr. Wood is remorseful for his conduct and accepts full responsibility. He is aware of and prepared to address the underlying causes.

## Need for the sentence imposed by the Court

Mr. Wood stands convicted of a single count of Enticement. His crime warrants a prison sentence. It is the belief of the parties that a five (5) year sentence reflects the seriousness of the offense, promotes respect for the law and provides just punishment. The Defendant has accepted responsibility and did so in a timely manner.

## Deterrence

A five-year sentence is sufficient but not greater than necessary to specifically deter Mr. Wood.  He is aware that as a result of his actions, he has lost his career.  As a result of his crime and the public airing of these charges, he has lost many friends developed over the past decade. He will serve five (5) years in prison, which he has already begun, missing significant time with his family that is so precious to him.  He will have to register and live as a convicted sex offender and will continue to have consequences the remainder of his life.  His prosecution and crime have been very public.   Mr. Wood has gotten the message loud and clear that actions such as the conduct in this case will not be tolerated.  This experience without a doubt has deterred him.  He intends to take full advantage of all resources available through the Department of Corrections to correct his underlying issues, including sex offender counseling and alcohol abuse treatment.

The mandatory supervised release of between five (5) years and life will ensure that upon release the Defendant will continue with any counseling and treatment and continue to conform his conduct in all respects to the requirements of the law.

General deterrence is also served by the sentence recommended by the parties.  A five-year prison term for a first-time offender facing a single count indictment will certainly serve as a powerful deterrent for any potential offender.

## CONCLUSION

The agreed five-year sentence followed by five (5) years to life of supervised release, under the circumstances of this case, will provide just punishment and reflect the serious nature of the offense. It will also afford deterrence, protect the public and provide correctional treatment to the Defendant.

WHEREFORE, Brandon Wood respectfully requests that the Court accept the Rule 11(c)(1)(C) plea agreement and sentence him to five (5) years.

                                                          Respectfully submitted,

                                                          S/STEVEN C. SCHROERING
                                                          STEVEN C.  SCHROERING
                                                          517 West Ormsby Avenue
                                                          Louisville KY  40202
                                                          502-634-1300
                                                          *Attorney for Brandon Wood*

## CERTIFICATE OF SERVICE

I hereby certify that a copy hereof was emailed this 29th day of April, 2019 to Hon. Jo Lawless at Jo.lawless@usdoj.gov.

                                                          S/STEVEN C. SCHROERING
                                                          STEVEN C.  SCHROERING