UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,　　　　　　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　Criminal Action No. 3:19-cr-08-DJH

BRANDON WOOD,　　　　　　　　　　　　　　　　　　　　　Defendant.

\* \* \* \* \*

## MEMORANDUM OF HEARING AND ORDER

This matter came before the Court on May 6, 2019, for a sentencing hearing, with the following counsel participating:

　　For the United States:　　Jo Lawless

　　For Defendant:　　Steven Schroering

The defendant was present.  After hearing arguments on the sealed record, the Court determined that supplemental briefing was needed.  Accordingly, it is hereby

**ORDERED** as follows:

(1)　The sentencing hearing is **CONTINUED** to **May 28, 2019, at 10:00 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

(2)　Within **ten (10) days** of the date of entry of this Order, the parties shall file simultaneous briefs supplementing their sentencing memoranda and oral arguments.

May 6, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　　**David J. Hale, Judge**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Court**

Court Time: 00/30(c)
Court Reporter: April Dowell

1