UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                           PLAINTIFF

VS                                CRIMINAL ACTION NO.: 3:19 CR-8-DJH

BRANDON WOOD                                                       DEFENDANT

## ORDER

This matter is before the Court on a Motion for Leave to file a Sealed Motion. IT IS ORDERED that the motion is GRANTED.

May 17, 2019

**David J. Hale, Judge**
**United States District Court**

2