UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                                                                              3:19CR-8-DJH

BRANDON WOOD                                                         DEFENDANT

## ORDER

This matter is before the Court on a Motion for Leave to File a Sealed Motion.  **IT IS ORDERED** that the motion is **GRANTED**.

May 28, 2019

**David J. Hale, Judge**
**United States District Court**