UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF KENTUCKY

AT LOUISVILLE

UNITED STATES OF AMERICA                                                                          PLAINTIFF

VS                                                  CRIMINAL ACTION NO.:  3:19 CR-8-DJH

BRANDON WOOD                                                                                         DEFENDANT

## BRANDON WOOD'S EMERGENCY MOTION FOR COMPASSIONATE RELEASE

Brandon Wood, by counsel, Steven C. Schroering, hereby submits the following Motion For Compassionate Release pursuant to 18 USC 3582(c)(1)(A) due to "extraordinary and compelling reasons" as follows:

1. The defendant was sentenced by this honorable court to 5 years, 10 months on a single count of enticement. Prior to this offense Mr. Wood had no criminal history. He is currently serving his sentence at FCI Elkton in Ohio.

2. FCI Elkton in Ohio is currently experiencing an outbreak of the coronavirus with both officers and inmates infected. As of the writing of this motion it is believed that at least four inmates have died. Attorney General William Barr has specifically mentioned Elkton as a prison to prioritize in his order for release of certain prisoners to home detention due to the dire conditions at the facility. (Cleveland.com, 04-04-2020).

3. Bandon Wood has asthma. As an infant he was hospitalized three times for the condition. He required a nebulizer machine until he was four years old and utilized an inhaler as a young adult. This condition makes him particularly vulnerable to serious or deadly consequences if infected.

4. Should Mr. Wood's sentence be modified to any type of home detention or confinement he has a number of stable family members in Louisville with the willingness and the means to support him until such time as he is able to obtain employment. These family members include his mother and aunts who have no criminal history. He would abide by any and all conditions set by the court. His offense did not involve physical injury to the victim or the use of a firearm.

5. The undersigned has made this motion, according to the statute, directly to the Warden of Elkton. The motion has been filed via fax, email and US mail with no response, likely because of the emergency situation present in the prison.

6. The current unforeseen situation is precisely the type envisioned by 18 USC 3582 (c)(1)(A). For the above reasons the Defendant respectfully requests that the court order Mr. Wood's immediate release on any conditions the court deems appropriate.

    Respectfully Submitted,

    S/Steven C. Schroering
    STEVEN C. SCHROERING
    1015 South Fourth Street
    Louisville, KY 40203
    Attorney for Brandon Wood

## CERTIFICATE OF SERVICE

I hereby certify that a copy whereof was emailed this 6th day of April, 2020 to Hon. Jo Lawless at Jo.Lawless@usdoj.gov

    S/STEVEN C. SCHROERING