**Steven C. Schroering**
Attorney at Law
1015 South Fourth Street
Louisville, KY 40203
steveschroeringlaw@gmail.com
(502) 648-9124

April 5, 2020

Warden
FCI Elkton
Fax: 330-420-6436

                          Re: URGENT
                               Brandon Wood
                               Motion for Compassionate Release

Dear Warden:

    I am an attorney in Louisville, Ky and I represent inmate Brandon Wood. Pursuant to 18 USC 3582(c)(1)(A) I hereby respectfully move for his release due to "extraodinary and compelling reasons" as follows:

1. It has been widely reported that the facility (guards and inmates) has been infected with the coronavirus. At last report three inmates had died and several inmates and guards were sick. The virus is especially dangerous to those who have pre-existing medical conditions, particularly heart and respiratory in nature.
2. Brandon Wood has a serious asthma condition. He was hospitalized three times as an infant, required a nebulizer until the age of four and was required to use an inhaler in early adulthood. This pre-existing condition, coupled with the current situation at the facility, place Mr. Wood at high risk for serious or deadly consequences if infected.
3. Should you modify Mr. Wood's sentence pursuant to the statute he could complete any home detention or monitoring at the residence of his family in Louisville, KY. These family members are solid citizens of the community and have no criminal history. They also have the means to support him until he can obtain employment.
4. Under the factors of 18 USC 3553(a), Mr. Wood has no previous criminal history. No individual was physically harmed in his underlying crime and a firearm was not used.
5. Mr. Wood would comply with any conditions of release ordered.
6. The current unforeseen situation is exactly the type envisioned by 18 USC 3582(c)(1)(A). For these reasons I respectfully ask that Mr. Wood be granted relief under the statute.

Thank you for your consideration of this important matter during this crisis.

                                                  Sincerely,

                                                  Steve Schroering

Attach 1