Sent via the Samsung Galaxy Tab E, an AT&T 4G LTE tablet
[Quoted text hidden]

---

**Steve Schroering** <steveschroeringlaw@gmail.com>      Sun, Apr 5, 2020 at 1:55 PM
To: ylw1960@twc.com

---------- Forwarded message ----------
From: **Steve Schroering** <steveschroeringlaw@gmail.com>
Date: Sun, Apr 5, 2020, 1:36 PM
Subject: Brandon Wood; Motion for Compassionate Release
To: <ELK/ExecAssistant@bop.gov>, Lawless, Jo (USAKYW) <Jo.Lawless@usdoj.gov>

[Quoted text hidden]

---

**ELK/Exec Assistant~** <ELK/ExecAssistant~@bop.gov>      Tue, Apr 7, 2020 at 6:05 PM
To: Steve Schroering <steveschroeringlaw@gmail.com>

**We are in receipt of Attorney General Barr's memo regarding Prioritization of Home Confinement as Appropriate in Response to COVID-19 Pandemic, and will be working to ensure we utilize home confinement, consistent with the memo, to protect the health and safety of BOP staff and inmates in our custody.**

>>> Steve Schroering <steveschroeringlaw@gmail.com> 4/5/2020 1:36 PM >>>
[Quoted text hidden]

*Attach 2*