## AFFIDAVIT OF ANGELA MARIE WOOD

After being duly sworn, the affiant states as follows:

1. My name is Angela Marie Wood and I am the natural mother of Brandon Wood.
2. I am 59 years old and a resident of Jefferson County in Louisville, Ky.
3. Brandon Wood was hospitalized three times as an infant for asthma at Norton's Hospital in Louisville, Ky.
4. Brandon's condition required daily breathing treatments at our home with a nebulizer machine until he was four years of age.
5. Brandon's condition required him to use a prescribed inhaler until he was a young adult.
6. The pediatrician who treated Brandon's condition as a child was named Dr. Beverly Gaines and was based in Louisville, Ky.

Further affiant sayeth naught,

*Angela Marie Wood*
Angela Marie Wood

Sworn and subscribed before me on this the 6th day of May, 2020.

*Leondra J. Major*, notary public, my commission expires on Dec. 4, 2022

LEONDRA J. MAJOR
Notary Public
State At Large
Kentucky
My Commission Expires 12.04.22