

**U.S. Department of Justice**

Federal Bureau of Prisons

Federal Correctional Institution

Elkton, Ohio 44415

April 28, 2020

Steven C. Schroering
Attorney at Law
1015 South Fourth Street
Louisville, KY 40203

RE:  WOOD, Brandon
     Register No. 19612-033

Dear Mr. Schroering:

This is response to your letter received on April 10, 2020, concerning Brandon Wood, Register No.: 19612-033, an inmate currently confined at the Federal Correctional Institution, Elkton, Ohio. Specifically, you inquire about the status of your client and request he be released under Compassionate Release/Reduction in Sentence in response to COVID-19.

Inmate Wood arrived at the FCI Elkton on June 26, 2019, as an initial commitment from the Western District of Kentucky. He is serving a 70-month term for Attempted Enticement of a Minor. He currently has a projected release date of January 17, 2024, via Good Conduct Time release procedures.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, <u>Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g)</u>, provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance. Health Services staff have reviewed the medical records and determined he does not meet the criteria for a compassionate release/reduction in sentence at this time.

The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates. We recognize that you, like all of us, have legitimate concerns and fears about the spread and effects of the virus. However, the concern for your client about being potentially exposed to, or possibly contracting, COVID-19 does not currently warrant an early release from your sentence. Accordingly, your RIS request is denied at this time.

I trust this response addresses your concerns.

Sincerely,

Mark K. Williams,
Warden