# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF

VS                                       CRIMINAL ACTION NO.: 3:19 CR-8-DJH

BRANDON WOOD                                            DEFENDANT

### SUPPLEMENTAL DOCUMENT TO DEFENDANT WOOD'S MOTION FOR COMPASSIONATE RELEASE

Brandon Wood, by counsel, Steve Schroering, hereby submits the following document in support of his Renewed Motion for Compassionate Release:

1. Affidavit of Angela Marie Wood

                                                      Respectfully submitted,

                                                      /s/ Steve Schroering
                                                      Steve Schroering
                                                      Counsel for Brandon Wood
                                                      1015 South Fourth Street
                                                      Louisville, KY 40203
                                                      (502) 648-9124
                                                      steveschroeringlaw@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy hereof was emailed this 7th day of May, 2020 to Hon. jo.lawless@usdoj.gov.

                                                           /s/ Steve Schroering