UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                         PLAINTIFF

VS                                      CRIMINAL ACTION NO.: 3:19 CR-8-DJH

BRANDON WOOD                                                     DEFENDANT

SECOND SUPPLEMENTAL DOCUMENT TO DEFENDANT WOOD'S
MOTION FOR COMPASSIONATE RELEASE

Brandon Wood, by counsel, Steve Schroering, hereby submits the following document in

support of his Renewed Motion for Compassionate Release:

1.  Response received today from the warden at FCI Elkton.

2.  The Defendant has now exhausted all administrative measures.


                                        Respectfully submitted,

                                        /s/ Steve Schroering
                                        Steve Schroering
                                        Counsel for Brandon Wood
                                        1015 South Fourth Street
                                        Louisville, KY 40203
                                        (502) 648-9124
                                        steveschroeringlaw@gmail.com


                        CERTIFICATE OF SERVICE

I hereby certify that a copy hereof was emailed this 7th day of May, 2020 to Hon.
Jo.Lawless@usdoj.gov

                                        /s/ Steve Schroering