UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:19-cr-08-DJH

BRANDON WOOD, Defendant.

\* \* \* \* \*

## **ORDER**

Defendant Brandon Wood having renewed his emergency motion for modification of his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) (Docket No. 38), it is hereby

**ORDERED** that the United States shall respond to the motion on or before **May 14, 2020**. The United States is **DIRECTED** to consult with the Bureau of Prisons and the United States Probation Office as necessary in preparing its response.