UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                               Plaintiff,

v.                                                      Criminal Action No. 3:19-cr-08-DJH

BRANDON WOOD,                                                           Defendant.

\* \* \* \* \*

## **ORDER**

The United States having responded to Defendant Brandon Wood's emergency motion for compassionate release (Docket Nos. 38, 42), it is hereby

**ORDERED** that Wood shall file a reply on or before **May 21, 2020**.