FILED (JS)
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
20 AUG -7 PM 3:17

August 4, 2020

To The Honorable David Hale,

I am Angela Wood, the parent of Brandon Wood. He serving a sentence in Elton Federal Correction Facility. I would like to thank you for allowing Steve Schroering to submit an earlier letter on behalf of my son concerning his health and Covid-19. I recognize that you didn't have to take it under consideration to listen to why his family desired him to be released. As a mother, your child's health and safety ranks high on your priorities. Brandon has health problems with asthma and this puts him in the compromised immune category for Covid-19. In Elton Federal Correction Facility, he is engulfed in a hot bed where Covid 19 is spreading like a wildfire. He has been diagnosed once with Covid-19 and survived. He may not be blessed to survive a second battle with Covid-19.

My son is a good man that made some inappropriate choices. As a police officer, he put his life on the line for many years in the community he served. From one parent to another parent, I beg you to have compassion on my son. Please, grace him with the release to home incarceration to finish serving his sentence. The thought of my son

succoming to Covid-19 keeps me up at nigth and my anxiety is at a all time high. I pray and plead with you to please find it in your heart to allow Brandon Wood to serve his time on home incarceration. Thank you for your time!

Sincerely,
Angela Wood

A. Wood
4904 Feys Creek Place
Louisville, Ky. 40216

FILED US
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

20 AUG -7 PM 3:17

District Judge David Hale
Gene Snyder United States Courthouse
601 West Broadway
Room 239
Louisville, Ky. 40202-2227

LOUISVILLE KY 400
06 AUG 2020 PM 1 L



40202-222764