FILED
JAMES J. VILT, JR. - CLERK
MAY 10 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

05/02/21

To The Honorable David J. Hale

I would like to thank you for taking the time to read this letter. I will try not to take up much of your time. I am writing this letter to request compassionate release from my sentence that I am currently serving at FCI Elkton here in Lisbon, Ohio. As I'm sure you are aware, COVID-19 has shaken this world and it has affected this prison as well. From the multiple deaths to ACLU lawsuits to the strict lockdown that is still in place today. To date, we have been locked down for 13 months. We have not seen our families in over a year. I have not seen my family in 19 months, due to the winter prior to COVID. The most I can get is a phone call. We have not received any religious services or had much if any ACE classes that we are supposed to receive through the First Step Act.

I am 32 months from being released. I am currently in the Residental Drug Abuse Program (RDAP). While a majority of the other inmates in this program receive a year suspended off their sentence upon completion of the program, I do not. I chose to do the program to better myself and to learn how to not make the same decisions that helped me earn my place in prison. I am eligible to get extended halfway house time upon completion, which will be around February 2022.

I am now fully vaccinated against COVID-19 by taking both shots of the Pzifer vaccine. I have tested positive for COVID-19 and had what some say are mild symptoms. In May of 2020 my lawyer filed a motion in your court asking for compassionate release and/or home confinement. I am now requesting your reconsideration due to circumstances of COVID. I have a very supportive family who will house me and help me get transitioned back into society. I will follow all guidelines of probation that were imposed by the court and I will be, once again, a productive member of my community.

Thank you for your consideration in this matter. God Bless.

Sincerly,

Brandon M. Wood

CASE #: 3:19-CR-8-1-DJH

Brandon M. Wood
Reg. # 19612-033
FCI Elkton
PO Box 10
Lisbon, OH. 44432

NAME Brandon M. Wood
REG.# 19612-033
Federal Correctional Institution Elkton
P O. BOX 10
Lisbon, OH 44432

CLEVELAND OH 440
4 MAY 2021 PM 3 L

FOREVER / USA

FILED
JAMES J. VILT, JR. - CLERK
MAY 10 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Judge David J. Hale
Gene Snyder United States Courthouse
601 West Broadway
Louisville, KY. 40202

40202-222731